IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| HOLCO CAPITAL GROUP, INC., ) | Case No.: 10-30006-HCD |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| J. RICHARD RANSEL, TRUSTEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | A.P. No.: 12-03023 |
| ) | |
| LIBERTYVILLE BANK AND TRUST ) | |
| COMPANY; WELLS FARGO BANK, N.A.; ) | |
| HSL FINANCIAL, LLC; and ) | |
| SL FINANCIAL OF ILLINOIS, INC. ) | |
| ) | |
| Defendants. ) | |

### SL LLC's AND HSL FINANCIAL LLC's MOTION TO ADOPT WELLS FARGO's MOTION TO DISMISS AND FOR RELATED RELIEF

Defendant SL LLC (incorrectly sued as SL Financial of Illinois, Inc.) and HSL Financial LLC's for its motion to adopt Wells Fargo's Motion To Dismiss And For Related Relief, states:

1. J. Richard Ransel Trustee ("Trustee") has sued Libteryville Bank & Trust Co. ("Libteryville), Wells Fargo Bank N.A. ("Wells Fargo"), HSL Financial LLC ("HSL"), and SL Financial of Illinois Inc. ("SL Inc.").

2. SL Inc was apparently served through its registered agent. Upon information and belief, however, the entity SL Inc. does not exist.

3. On May 16, 2012, the Clerk of the Bankruptcy Court entered an Order pursuant to Fed. R. Bankr. P. Rule 7055 entering a default against SL Inc. for failure to plead or otherwise defend. (Docket #10).

4. Larry Starkman was previously served as the registered agent for SL Financial of Illinois LLC ("SL LLC"). SL LLC, however, has not been sued and thus has not responded to the complaint.

5. On May 18, 2012 the undersigned filed a motion to appear pro hac vice on behalf SL Inc as there was no way to appear on behalf of SL LLC who has not been sued.

6. SL LLC requests that (1) it be treated as properly served defendant, (2) the default entered against SL Financial of Illinois Inc. be vacated, and (3) it be permitted to adopt Wells Fargo's Motion To Dismiss as its response to the Trustee's complaint.

7. HSL Financial LLC also requests that it be permitted to adopt Wells Fargo's Motion To Dismiss as its response to the Trustee's complaint.

Respectfully submitted,

/s/ Stephen Scallan
STEPHEN SCALLAN

STAES & SCALLAN, P.C.
111 W. Washington
Suite #1631
Chicago, Illinois 60602
312-201-8969

## CERTIFICATE OF SERVICE

  I, Stephen Scallan, hereby certify that on May 30, 2012 I electronically filed SL LLC's And HSL LLC's Motion To Adopt Wells Fargo's Motion To Dismiss And For Related Relief with the Clerk Of The Court using the CM/ECF filing system which sent notification to the following:

Rebecca Hoyt Fischer
112 W. Jefferson Blvd.
Suite #310
South Bend, IN 46601-1438
(574) 284-2354
*rebecca@ladfislaw.com*

Carl A. Greci
FAEGRE BAKER DANIELS
202 S. Michigan St.,
Suite #1400
South Bend, IN 46601
(574) 234-4149
*Carl.Greci@faegrebd.com*

J. Richard Ransel
THORNE, GRODNIK LLP
228 West High Street
Elkhart, IN 46516
(574) 294-7473
*jransel@tglaw.us*

            /s/ Stephen Scallan
            STEPHEN SCALLAN